# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: CENTURYLINK SALES      MDL No. 17-2795 (MJD/KMM)
PRACTICES AND SECURITIES
LITIGATION


This Document Relates to      **ORDER**
Civil File No. 18-296 (MJD/KMM)
Civil File No. 18-297 (MJD/KMM)
Civil File No. 18-298 (MJD/KMM)
Civil File No. 18-299 (MJD/KMM)

On April 20, 2018, the Court granted the Motion to Consolidate.  [MDL

Docket No. 115]  Accordingly, **IT IS HEREBY ORDERED**:

1.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure,
the above-captioned cases, and any subsequently filed or
transferred related actions are hereby **CONSOLIDATED**
under master file no. 18-cv-296 (MJD/KMM).  From the date of
this order, all documents shall be filed in case no. 18-cv-296
(MJD/KMM).  Cases 18-cv-297, 18-cv-298, and 18-cv-299 shall
be closed.

2.    A copy of this Order shall be filed in all the related cases, but
the files in this consolidated action shall be maintained under
master file no. 18-CV-296 (MJD/KMM).  All orders, pleadings,
motions, and other documents when filed in the Master File
shall be deemed to be filed and docketed in the constituent
file.

1

3.    The Clerk of Court is **ORDERED** to close civil cases 18-cv-297, 18-cv-298, and 18-cv-299.


Dated:   May 15, 2018                    s/Michael J. Davis
                                         Michael J. Davis
                                         United States District Court